[No. 37331-9-II.  Division Two.  November 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO AMEZCUA-PICAZO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00548-4, Nelson E. Hunt, J., entered February 6, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 38062-5-II.  Division Two.  November 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY E. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00216-3, Dave Edwards, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38230-0-II.  Division Two.  November 24, 2009.]

JAY ADAMS ET AL., *Appellants*, v. LARRY APELAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-00188-3, Theodore F. Spearman, J., entered July 25, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 38510-4-II.  Division Two.  November 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE COOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-04224-3, Lisa R. Worswick, J., entered March 27, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.